# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 19-3161-01/13-CR-S-MDH |
| SHERON LOGGINS, ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

COMES NOW Adam Woody, The Law Offices of Adam Woody and moves the Court for leave to withdraw as counsel of record for Defendant as follows:

1. Counsel has been asked by the Defendant to withdraw as counsel of record;

2. Defendant has employed other counsel, Jeffrey Goldfarb, and he will be entering shortly.

WHEREFORE, Adam Woody, Attorney for Defendant respectfully requests leave to withdraw in the above-named case and for such other and further relief as the Court deems just and proper.

    //s/Adam D. Woody_____
    ADAM D. WOODY, Mo. Bar 58999
    Attorney for Defendant

LAW OFFICE OF ADAM WOODY
2121 South Eastgate Avenue
Springfield, Missouri 65809
417-720-4800 (Phone)
417-708-0321 (Facsimile)

# CERTIFICATE OF SERVICE

       I hereby certify that a copy of the forgoing document has been served electronically through the Missouri E-filing System as provided in Rule 103.08, Mo. Supreme Court Rules on this 10th day of January, 2020.

                                  /s/Adam D. Woody
                                  Adam D. Woody
                                  Attorney for Defendant